**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**
**HEARING DATE: June 6, 2022**
**HEARING TIME: 1:00PM**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: May 30, 2022**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>DENNIS RAY NOSTRANT,<br><br><br>Debtor. | Case No.: 22-40394-MJH<br><br>**TRUSTEE'S NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE AND BAR RE-FILING BANKRUPTCY FOR ONE YEAR** |

## I. NOTICE

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss Chapter 13 Case and Bar Re-filing Bankruptcy for One Year will be heard before The Honorable MARY JO HESTON at 1:00PM on the 6th of June, 2022 at the Tacoma Federal Courthouse Union Station, 1717 Pacific Avenue, Courtroom H, Tacoma, WA 98402.

**IF YOU OPPOSE** the motion, you must file your written response with the court clerk, serve two copies on the judge's chambers and deliver copies on the undersigned and all interested

TRUSTEE'S NOTICE AND MOTION TO DISMISS
CHAPTER 13 CASE AND BAR RE-FILING
BANKRUPTCY FOR ONE YEAR - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

parties, NOT LATER THAN THE RESPONSE DATE, which is May 30, 2022. If you fail to do so, the Court may enter an order granting the motion without any hearing and without any further notice to you.

## II. MOTION

**COMES NOW** Michael G. Malaier, Chapter 13 Trustee, and moves the Court for an order dismissing this case and to bar debtor from re-filing for bankruptcy relief under Title 11 of the United States Code for one year from the date of the order dismissing this case.

## III. BACKGROUND

1. **Case No. 18-44065-MJH**, Chapter 13 filed *pro se* on December 3, 2018.

Schedules, statements, lists, and plan were due December 18, 2018. The case was dismissed on December 20, 2018, for failure to file schedules, statements, lists, and plan. No Fed. R. Bankr. P. 4002 documents were received, no plan payments were made. The majority of creditors listed on the mailing matrix appear to be mortgage lenders and servicers. Debtor's mailing address was listed as a P.O. Box in Georgia.

2. **Case No. 19-42812-MJH**, Chapter 13 filed *pro se* on August 30, 2019.

Schedules, statements, lists, and plan were due September 16, 2019. The case was dismissed on September 19, 2019, for failure to file schedules, statements, lists, and plan. No Fed. R. Bankr. P. 4002 documents were received, no plan payments were made. The majority of creditors listed on the mailing matrix appear to be mortgage lenders and servicers. Debtor's mailing address was listed as P.O. Box in Georgia.

TRUSTEE'S NOTICE AND MOTION TO DISMISS
CHAPTER 13 CASE AND BAR RE-FILING
BANKRUPTCY FOR ONE YEAR - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 22-40394-MJH    Doc 19    Filed 05/06/22    Ent. 05/06/22 10:31:24    Pg. 2 of 6

3.  **Case No. 19-43553-MJH**, Chapter 13 filed *pro se* on November 4, 2019.

Schedules, statements, lists, and plan were due November 19, 2019. The case was dismissed on December 23, 2019, with a bar from re-filing for 180 days based on the Debtor's bad faith conduct in his prior cases as wells as for failure to file schedules, statements, lists, and plan. No Fed. R. Bankr. P. 4002 documents were received, no plan payments were made. The majority of creditors listed on the mailing matrix appear to be mortgage lenders and servicers. Debtor's mailing address was listed as P.O. Box in Georgia.

4.  **Current Case No. 22-40394-MJH**, Chapter 13 filed *pro se* on April 1, 2022.

Schedules, statements, lists, and plan were due April 18, 2022. An Order Extending Time to File Schedules, Chapter 13 Plan, and Statements was entered on April 13, 2022, which extended the deadline to April 29, 2022. Debtor has failed to file Schedules, statements, lists, and a plan. Trustee has received no verification of Debtor's identity or social security number. No plan payments have been made. The majority of creditors listed on the mailing matrix appear to be mortgage lenders and servicers. Debtor's mailing address is listed as P.O. Box in Georgia Trustee has not received any Fed. R. Bankr. P. 4002 documents. Debtor's section 341(a) meeting is set to be held May 19, 2022. Based on Debtor's prior history, Trustee does not anticipate that Debtor will appear and submit to that examination.

## **ARGUMENT**

Cause exists to dismiss this current case pursuant to Local Bankruptcy Rule 1017-1(d), failure to file schedules, statements, lists and plan, under 11 USC § 1307(c)(1) for unreasonable

TRUSTEE'S NOTICE AND MOTION TO DISMISS
CHAPTER 13 CASE AND BAR RE-FILING
BANKRUPTCY FOR ONE YEAR  - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

Case 22-40394-MJH    Doc 19    Filed 05/06/22    Ent. 05/06/22 10:31:24    Pg. 3 of 6

delay by the debtor that is prejudicial to creditors, and 11 USC § 1307 (c)(4), failure to commence making timely plan payments.

Further, the case should be dismissed with a bar to re-filing for one year because debtor has filed this and previous cases in bad faith. Bad faith as cause for dismissal involves a totality of the circumstances test. *Leavitt v. Soto (In re Leavitt)*, 171 F.3d 1219, 1224 (9th Cir. 1999). A court should consider whether the Debtor misrepresented facts in the petition or plan, unfairly manipulated the Bankruptcy Code or otherwise filed the petition or plan in an inequitable manner; the history of filings and dismissals; whether the Debtor intended to defeat state court litigation; and whether egregious behavior is present. *Id*.

Once a court has determined that cause for dismissal exists, the court must determine what remedial action to take. *Ellsworth v. Lifescape Medical Associates et al. (In re Ellsworth)*, 455 B.R. 904, 922 (B.A.P. 9th Cir. 2011). The court may dismiss a case with prejudice (precluding the Debtor from ever again seeking to discharge debts which would have been discharged by the plan) or impose some lesser remedy such as barring Debtor from re-filing for bankruptcy relief for 180 days or longer. *Id*.

Bankruptcy courts have the authority under 11 U.S.C. §§ 105(a) and 349(a) to sanction bad faith serial filers by prohibiting further bankruptcy filings for longer periods of time than the 180 days specified by 11 U.S.C. § 109(g). *Casse v. Key Bank, N.A. (In re Casse),* 198 F.3d 327, 337 – 40 (2d Cir. 1999).

In conclusion, Debtor has filed four cases since 2018. All of the filings have been *pro se* and Debtor has never once filed schedules, statements, lists, or a plan, nor has he made a plan payment. Debtor has taken no steps to adhere to deadlines, comply with Fed. R. Bank. P. 4002,

TRUSTEE'S NOTICE AND MOTION TO DISMISS
CHAPTER 13 CASE AND BAR RE-FILING
BANKRUPTCY FOR ONE YEAR  - 4

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

file a plan to deal with the assumed mortgage arrears, or make a single plan payment in any one of the Chapter 13 filings. Based on the creditor mailing matrices filed, it appears to Trustee that the only purpose for Debtor's Chapter 13 filings is to use the Bankruptcy Code to frustrate his mortgage creditors. Debtor's previous bar to refiling evinces his prior bad faith and the current filing is no different.

**WHEREFORE**, the Chapter 13 Trustee requests that the Court dismiss this case and bar the Debtor from re-filing a Petition under this chapter of the Bankruptcy Code for a period of one year from the date of the dismissal or such other time period as the Court deems fit.

**DATED** this 6th day of May, 2022 at Tacoma.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Trustee

TRUSTEE'S NOTICE AND MOTION TO DISMISS
CHAPTER 13 CASE AND BAR RE-FILING
BANKRUPTCY FOR ONE YEAR - 5

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 22-40394-MJH    Doc 19    Filed 05/06/22    Ent. 05/06/22 10:31:24    Pg. 5 of 6

## CERTIFICATE OF MAILING

I declare under penalty of perjury under the laws of the United States as follows: I mailed via regular mail a true and correct copy of the Trustee's Notice and Motion to Dismiss Chapter 13 Case and Bar Re-filing Bankruptcy for One Year and Proposed Order to the following:

Dennis Ray Nostrant
P.O. Box 922
Walthourville, GA 31333

The following parties received notice via ECF:

Lance E. Olsen
Kelly D. Sutherland
US Trustee

Executed at Tacoma, Washington on the 6th day of May, 2022.

/s/Tracy Maher
Tracy Maher
Office Manager

TRUSTEE'S NOTICE AND MOTION TO DISMISS
CHAPTER 13 CASE AND BAR RE-FILING
BANKRUPTCY FOR ONE YEAR  - 6

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 22-40394-MJH    Doc 19    Filed 05/06/22    Ent. 05/06/22 10:31:24    Pg. 6 of 6