*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:                                    )    Case No. 22-40394-MJH ~~22-40494~~-MJH
                                          )
DENNIS RAY NOSTRANT,                      )
                                          )    **ORDER DISMISSING CASE**
                                          )    **AND BARRING DEBTOR FROM**
                                          )    **RE-FILING BANKRUPTCY FOR**
                                          )    **ONE YEAR**
            Debtor.                       )

**THIS MATTER** having come before the Court upon the Chapter 13 Trustee's motion to dismiss debtor's case and bar re-filing bankruptcy for one year, proper notice having been given, and the Court having examined the files and records herein, and being otherwise fully advised, now, therefore, it is hereby

**ORDERED** that the above-captioned Chapter 13 case is dismissed and the above-named debtor is hereby barred from re-filing for bankruptcy relief under this chapter of the Bankruptcy Code for a period of one year from the date of the entry of this Order. It is further

Michael G. Malaier<br>
Chapter 13 Standing Trustee<br>
2122 Commerce Street<br>
Tacoma, WA 98402<br>
(253) 572-6600

ORDER DISMISSING CASE AND BARRING
RE-FILING BANKRUPTCY FOR 180 DAYS - Page 1

**ORDERED** that upon dismissal or conversion, any refund shall be payable to the debtor and may be forwarded to the debtor though the attorney's office, if any, per 11 U.S.C. 349(b)(3). It is further

**ORDERED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the debtor.

/ / /End of Order/ / /

Presented by:

*[signature]*

_____
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Standing Trustee

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

ORDER DISMISSING CASE AND BARRING
RE-FILING BANKRUPTCY FOR 180 DAYS - Page 2

Case 22-40394-MJH    Doc 26    Filed 06/08/22    Ent. 06/08/22 11:57:47    Pg. 2 of 2